No. 04–1622. STROTHER v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 04–1624. BURTON v. RENICO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–1625. A&F TRADEMARK, INC., ET AL. v. TOLSON, SECRETARY, NORTH CAROLINA DEPARTMENT OF REVENUE. Ct. App. N. C. Certiorari denied.

No. 04–1626. NOBLE v. BRINKER INTERNATIONAL, INC. C. A. 6th Cir. Certiorari denied.

No. 04–1627. MUNSON v. GUTIERREZ, SECRETARY OF COMMERCE, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–1628. SOLER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–1629. ST. ANNE COMMUNITY HIGH SCHOOL DISTRICT No. 302 v. NORMAN K. ET UX., INDIVIDUALLY AND AS PARENTS AND NEXT FRIENDS OF CASEY K. C. A. 7th Cir. Certiorari denied.

No. 04–1630. POWELL v. FIDELITY NATIONAL FINANCIAL, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–1633. GILBERT v. DAIMLERCHRYSLER CORP. Sup. Ct. Mich. Certiorari denied.

No. 04–1635. LORDI v. ISHEE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–1636. MADDEN ET AL. v. DELOITTE & TOUCHE, LLP, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–1637. KLAPPER v. CONNELLY ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–1639. CHEHEBAR v. UNITED STATES. C. A. 2d Cir. Certiorari denied.